# Exhibit B

**WOODROW&PELUSO**

Taylor Smith <tsmith@woodrowpeluso.com>

## Munoz v. SchoolAdvisor - Case No. 1:20-cv-00440-NONE-EPG - Notice of Subpoena to DMS

Evan King <Eking@kleinmoynihan.com>  Tue, Jan 26, 2021 at 8:29 AM
To: Taylor Smith <tsmith@woodrowpeluso.com>, Lawrence Iglesias <liglesias@ellislawgrp.com>, Mark Ellis <mellis@ellislawgrp.com>, "Sean A. Moynihan" <smoynihan@kleinmoynihan.com>, Crystal Strong <cstrong@ellislawgrp.com>, Rosanne Estrella <restrella@ellislawgrp.com>, "jmueller@ellislawgrp.com" <jmueller@ellislawgrp.com>, Jan Hyde <JHyde@ellislawgrp.com>
Cc: Patrick Peluso <ppeluso@woodrowpeluso.com>

Taylor,

Yes. We can accept service on behalf of Digital Media Solutions, LLC. So that DMS can fully investigate its records, please advise if you will agree to a extend our deadline to respond to the request by 14 days – until March 5, 2021.

Thank you.

Evan King

**KMT | KLEIN MOYNIHAN TURCO**

450 Seventh Avenue, 40th Floor

New York, NY 10123

TEL: (212) 246-0900

eking@kleinmoynihan.com

***This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. Secs 2510-2521 and is legally privileged. This e-mail, and any documents attached, may contain confidential information belonging to the sender which is protected by the work product and/or other privileges.

This email is intended only for the use of the individual(s) named, and may contain confidential and/or legally privileged information. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this email is strictly prohibited. If you have received this email in error, please delete the email and notify the sender if we are sending you materials in error. Any unintended transmission shall not constitute a waiver of the attorney-client or any other privilege.

Circular 230 Disclosure Notice. To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of voiding penalties under the Internal Revenue Code or any state or local tax law to which a governmental requirement similar to Circular 230 applies.***

[Quoted text hidden]