# Group Exhibit C

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

EDWARDO MUNOZ,

    *Petitioner*,

v.

DIGITAL MEDIA SOLUTIONS, LLC, a Delaware limited liability company.

    *Respondent*.

Case No. 8:21-mc-89-VMC-AEP

### DECLARATION OF TAYLOR T. SMITH IN SUPPORT OF PETITIONER'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA

I, Taylor T. Smith, declare as follows:

1. I am an associate attorney with the law firm Woodrow & Peluso, LLC. I am over the age of 18 and, if necessary, can competently testify if required to do so.

2. I am one of the attorneys of record for Petitioner Edwardo Munoz ("Munoz" or "Petitioner") in the underlying litigation *Munoz v. Schooladvisor, LLC*, Case No. 1:20-cv-00440-NONE-EPG (E.D. Cal. 2020), alleging violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* ("TCPA" or "Act").

3. The complaint in the underlying litigation alleges that Defendant SchoolAdvisor, LLC ("SchoolAdvisor") violated the TCPA by sending (or having its agent send) unsolicited text messages to Munoz and a class of similarly situated consumers using an automatic telephone dialing system ("ATDS").

4. Through discovery, SchoolAdvisor produced documents, which reveal that Digital Media Solutions, LLC ("DMS" or "Respondent") sent the text messages on behalf of SchoolAdvisor.

5. SchoolAdvisor is a wholly owned subsidiary of DMS. DMS and SchoolAdvisor share the same principal office address, 4800 140th Ave N Suite 101, Clearwater, FL 33762. (*Compare* DMS Annual Report, attached hereto as Ex. 1, *with* SchoolAdvisor Annual Report, attached hereto as Ex. 2.) DMS and SchoolAdvisor are also managed by the same individual, Joseph Marinucci. (*See id.*)

6. SchoolAdvisor also claims that it obtained Munoz's lead information and consent to be texted from a company known as "Conceptual Media" pursuant to a contract with DMS.

7. SchoolAdvisor produced the agreement between DMS and Conceptual Media, which was later reproduced by DMS.

8. Thereafter, on January 21, 2021, Petitioner issued a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action directed to DMS (hereafter "DMS Subpoena").

9. The subpoena commanded all documents to be produced at a mutually agreeable location on or before February 19, 2021.

10. On January 26, 2021, counsel for DMS, Klein Moynihan Turco LLP—which also represents Defendant SchoolAdvisor—confirmed that they would accept service of the subpoena via email. At the same time, DMS's counsel requested an

additional fourteen days to respond until March 5, 2021. DMS later requested another extension to respond until March 12, 2021.

11. On March 12, 2021, DMS produced its objections and responses to the subpoena, along with its corresponding document production, which consisted of only 13 pages of responsive documents. DMS's served its response via email.

12. After reviewing DMS's response, Petitioner's counsel reached out to counsel for DMS to schedule a meet and confer regarding deficiencies in DMS's response to the subpoena.

13. On March 24, 2021, counsel for both parties conferred regarding DMS's response to the subpoena. During the conferral, DMS agreed to search for and produce the following additional documents and information in response to the subpoena.

14. DMS agreed to search for records of persons and leads that were obtained from the same website that DMS claims Plaintiff visited, which are responsive to Requests Nos. 2 & 4.

15. DMS agreed to confirm whether it had any written contracts with SchoolAdvisor, which are responsive to Request No. 5.

16. Further, DMS agreed to get back to Petitioner's counsel regarding whether it could produce records of individuals that were texted whose lead information was obtained from the same website as Petitioner's lead information was obtained. This information is responsive to Requests Nos. 7 & 8.

17. DMS agreed to identify the dialing system that was utilized to place the text messages at issue, which is responsive to Request No 9. The parties agreed to table the issue of an inspection until after the dialing system was identified.

18. DMS agreed to search for communications with SchoolAdvisor regarding Petitioner, the underlying lawsuit, or the allegations contained in the complaint—which are responsive to Request No. 11.

19. DMS's counsel also stated that they were still in the process of identifying the server and computer system that housed or stored the data that could identify persons who were sent text messages similar to the text received by Petitioner. This information is responsive to Requests Nos. 12 & 13. As with the inspection of the dialing system, the parties agreed to revisit the issue of an inspection of the server and/or computer systems after both were identified.

20. DMS agreed to produce the additional information on or before April 7, 2021.

21. On April 9, 2021, DMS's counsel contacted Petitioner's counsel and stated that it would provide an update on the additional information by April 16, 2021.

22. DMS's counsel has not contacted Petitioner's counsel since the April 9, 2021 email.

23. Petitioner's counsel sent follow up emails requesting an update on the status of DMS's response on April 21, 2021 and May 21, 2021.

24.     Having received no response, Petitioner's counsel emailed DMS's counsel on June 2, 2021 requesting their availability to confer regarding Petitioner's anticipated motion to compel.

25.     On June 4, 2021, Petitioner's counsel placed a call to DMS's counsel and left a message with a receptionist. The call was not returned.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 14, 2021, in Denver, Colorado.

By: /s/ Taylor T. Smith
Taylor T. Smith

# Exhibit 1

**2021 FOREIGN LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# M13000007634

Entity Name: DMS (DE), LLC

Current Principal Place of Business:

4800 140TH AVE N SUITE 101
CLEARWATER, FL 33762

Current Mailing Address:

4800 140TH AVE N SUITE 101
CLEARWATER, FL 33762 US

**FILED**
**Apr 30, 2021**
**Secretary of State**
**6816878031CC**

FEI Number: 90-0824110

Certificate of Status Desired: No

Name and Address of Current Registered Agent:

UNIVERSAL REGISTERED AGENTS, INC.
1317 CALIFORNIA ST.
TALLAHASSEE, FL 32304 US

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE:   MICHAEL MIRRIONE                                                            04/30/2021
             ──────────────────────────────────────────
             Electronic Signature of Registered Agent                                    Date

**Authorized Person(s) Detail :**

Title           MGR
Name            MARINUCCI, JOSEPH L
Address         4800 140TH AVE N SUITE 101
City-State-Zip: CLEARWATER FL  33762

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE: JOSEPH MARINUCCI                                  AUTHORIZED PERSON      04/30/2021
           ─────────────────────────────────────────────
           Electronic Signature of Signing Authorized Person(s) Detail                 Date

# Exhibit 2

## 2021 FOREIGN LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# M15000004260

Entity Name: SCHOOLADVISOR, LLC

Current Principal Place of Business:

4800 140TH AVE N
SUITE 101
CLEARWATER, FL 33762

Current Mailing Address:

4800 140TH AVE N
SUITE 101
CLEARWATER, FL 33762 US

FEI Number: 47-3032551

**FILED**
**Apr 30, 2021**
Secretary of State
5771442495CC

Certificate of Status Desired: No

Name and Address of Current Registered Agent:

UNIVERSAL REGISTERED AGENTS, INC.
1317 CALIFORNIA ST.
TALLAHASSEE, FL 32304 US

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____

Electronic Signature of Registered Agent                                                                 Date

Authorized Person(s) Detail :

| | |
|---|---|
| Title | MGR |
| Name | MARINUCCI, JOSEPH |
| Address | 4800 140TH AVE N SUITE 101 |
| City-State-Zip: | CLEARWATER FL 33762 |

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE: JOSEPH MARINUCCI                                     AUTHORIZED PERSON      04/30/2021

Electronic Signature of Signing Authorized Person(s) Detail                                        Date