# [Placeholder] Exhibit D
### (Confidential exhibit filed pursuant to Local Rule 1.11(d))
Conceptual Media Agreement (DMS0004-12)
Marked as Confidential by Digital Media Solutions, LLC