UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| EDWARDO MUNOZ,<br><br>*Petitioner,*<br><br>v.<br><br>DIGITAL MEDIA SOLUTIONS, LLC, a Delaware limited liability company.<br><br>*Respondent.* | Case No. 8:21-mc-89-VMC-AEP |

**[PROPOSED] ORDER GRANTING MOTION TO COMPEL COMPLIANCE WITH SUBPOENA**

Having considered the moving papers and all other matters presented to the Court, the Court finds that Petitioner's Motion To Compel Compliance With Subpoena ("Motion") should be granted, and hereby orders as follows:

1. The Motion is **GRANTED**;

2. Digital Media Solutions, LLC is **ORDERED** to provide a complete response to the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (attached as Exhibit A to Petitioner's Motion) within fourteen (14) days from the date of this Order.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                          United States District Judge

FILED
2021 JUN 21 PM 2:04
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA