UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EDWARDO MUNOZ,

    Petitioner,

v.                                          Case No. 8:21-mc-89-VMC-AEP

DIGITAL MEDIA SOLUTIONS, LLC,

    Respondent.
_____/

## ORDER

This cause comes before the Court upon Petitioner's Motion to Compel Compliance with Subpoena (Doc. 1). After consideration, it is hereby

ORDERED:

1. Petitioner's Motion to Compel Compliance with Subpoena (Doc. 1) shall be heard on July 15, 2021, at 10:00 a.m., in the Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Courtroom 10A, Tampa, Florida.[1] The hearing will be conducted via Zoom, with the Zoom login information sent separately.

2. On or before June 30, 2021, Petitioner is directed to serve a copy of this Order upon Respondent and provide proof of service.

---

[1] To the extent that the parties require additional time prior to the hearing, they may *jointly* move for a new hearing date.

3. Upon receipt of this Order, counsel for Respondent is directed to submit a notice of appearance, including an email address where the Zoom login information may be sent for the hearing.

DONE AND ORDERED in Tampa, Florida, on this 23rd day of June, 2021.

ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Counsel of Record