# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

**EDWARDO MUNOZ,**

    *Petitioner*,

v.

**DIGITAL MEDIA SOLUTIONS, LLC**, a Delaware limited liability company.

    *Respondent*.

Case No. 8:21-mc-00089-VMC-AEP

## MOTION TO APPEAR PRO HAC VICE

In accordance with Local Rule 2.01(c), Petitioner Edwardo Munoz ("Petitioner" or "Munoz"), through his counsel, moves this Court for an Order permitting Taylor T. Smith to appear in this Court as co-counsel on behalf of Petitioner Munoz in the above-captioned action. In support, Petitioner states as follows:

1. Taylor T. Smith and the law firm, Woodrow & Peluso, LLC, have been retained to represent Petitioner in this action and the underlying action *Munoz v. SchoolAdvisor, LLC*, pending in the United States District Court for the Eastern District of California. (*See Munoz v. SchoolAdvisor, LLC*, Case No. 1:20-cv-00440-NONE-EPG (E.D. Cal. 2020).)

2. I am a member in good standing and admitted to practice law in the State of Colorado as well as in the United States District Courts for the District of Colorado,

the Northern District of Illinois, and the Eastern District of Michigan. I am also admitted to practice before the United States Court of Appeals for the Ninth Circuit.

3. I am not a Florida resident and am not a member in good standing of The Florida Bar.

4. Pursuant to Local Rule 2.01(c)(3), the undersigned certifies that he has not abused the privilege of special admission by maintaining a regular practice of law in Florida.

5. I have appeared in the following case filed in a state or federal court in Florida in the prior thirty-six months: *Abante Rooter and Plumbing, Inc. v. Poundteam Incorporated*, Case No. 8:20-mc-00110-JSM-SPF (M.D. Fla. 2020).

6. I am familiar with, and will be governed by, the Local Rules of this Court as well as the Code of Professional Responsibility and the other ethical limitations and requirements governing the professional behavior of attorneys in Florida.

7. Pursuant to Local Rule 2.01(c)(5), the undersigned certifies that he will comply with the requirements for obtaining and maintaining general admission, except the requirements of membership in the Florida Bar, submission of an application, and payment of a periodic fee.

WHEREFORE, Petitioner respectfully requests this Court enter an Order admitting Taylor T. Smith to practice before this Court *pro hac vice*.

Respectfully submitted,

**EDWARDO MUNOZ**,

|  |  |
|---|---|
| Dated: June 23, 2021 | By:   /s/ Taylor T. Smith   <br>One of Petitioner's Attorneys |

                                      Law Office of Ryan S. Shipp, PLLC
                                      Ryan S. Shipp, Esq. (FL Bar Number 52883)
                                      814 W. Lantana Rd. Suite 1,
                                      Lantana, Florida 33462
                                      (561) 699-0399
                                      Email: Ryan@shipplawoffice.com

                                      Taylor T. Smith*
                                      tsmith@woodrowpeluso.com
                                      WOODROW & PELUSO, LLC
                                      3900 East Mexico Avenue, Suite 300
                                      Denver, Colorado 80210
                                      Telephone: (720) 907-7628
                                      Facsimile: (303) 927-0809

                                      *Attorneys for Petitioner*

                                      *Pro Hac Vice admission to be sought

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 23, 2021, I served a true and accurate copy of the foregoing documents by first-class U.S. Mail, postage prepaid, and properly addressed to the following parties:

> Digital Media Solutions, LLC
> 4800 140th Ave N Suite 101
> Clearwater, FL 33762

        /s/ Taylor T. Smith