UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

**EDWARDO MUNOZ,**

*Petitioner,*

v.

**DIGITAL MEDIA SOLUTIONS, LLC**, a Delaware limited liability company.

*Respondent.*

Case No. 8:21-mc-00089-VMC-AEP

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 23, 2021, I served a true and accurate copy of the following documents:

(1)  Petitioner's Motion To Compel Compliance With Subpoena (Dkt. 1);

(2)  Exhibit A – DMS Subpoena (Dkt. 1-1);

(3)  Exhibit B – January 26, 2021 Email (Dkt. 1-2);

(4)  Group Exhibit C – Declaration of Taylor T. Smith In Support Of Petitioner's Motion To Compel Compliance With Subpoena (Dkts. 1-3);

(5)  Exhibit D – [Placeholder] Confidential Exhibit – filed pursuant to L.R. 1.11(d) (Dkt. 1-4);

(6)  Exhibit E – DMS Response to Subpoena (Dkt. 1-5);

(7)  [Proposed] Order Granting Motion To Compel Compliance With Subpoena (Dkt. 1-6); and

(8) June 23, 2021 Order scheduling hearing on Motion to Compel (Dkt. 2).

The foregoing documents were served by certified mail and first-class U.S. Mail, postage prepaid, and properly addressed to the following party:

> Digital Media Solutions, LLC
> 4800 140th Ave N, Suite 101
> Clearwater, FL 33762

The foregoing documents were also served by electronic mail to the following party:

> Neil Asnen
> nasnen@kleinmoynihan.com
> Sean Moynihan
> smoynihan@kleinmoynihan.com
> 450 Seventh Ave., 40th FL
> New York, NY 10123
> Tel: (212) 246-0900

*Counsel for Digital Media Solutions, LLC*

    /s/ Taylor T. Smith

Taylor T. Smith (admitted *pro hac vice*)
tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Tel: (720) 907-7628

*Attorneys for Petitioner*