**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**Edwardo Munoz,**

      Petitioner,               Case No. 8:21-mc-00089-VMC-AEP

vs.

**Digital Media Solutions, LLC**

      Respondent.
_____/

**MOTION FOR EXTENSION OF TIME AND JOINT MOTION TO RESCHEDULE HEARING**

    The Defendant, Digital Media Solutions, LLC, moves this Court for an order extending the time to respond to the Motion to Compel and rescheduling the hearing on that motion.

    Mr. Munoz filed this Motion to Compel on June 21st with service completed on June 24th. DMS's response to the Motion to Compel is due July 8th. The Court has also already set a hearing on the motion for July 15th. In order to provide DMS with enough time to narrow the disputes and file a fully argued response, it seeks an extension of time to respond to the Motion through July 16th. Alongside, the parties jointly ask this Court to reschedule the hearing for a date after the response deadline.

    This is DMS's first request for an extension. It seeks the extension in order to provide time to complete the opposition brief and not for delay. This

extension and rescheduling will not prejudice either party. Counsel for Mr. Munoz has indicated that they do not object to the extension of time and that Mr. Munoz also joins the motion to reschedule the hearing.

Wherefore, the Respondent, Digital Media Solutions, LLC, requests this Court grant the motion, enter an order extending the time to file a response to the Motion to Compel through July 16th, enter an order continuing the hearing on the Motion to a date after the response is filed, and award any further relief that this Court deems appropriate.

## CERTIFICATE OF SERVICE

I certify that a copy of this motion has been sent to all counsel of record through the CM/ECF system on July 8, 2021.

    /s Jacob A. Brainard
**Jacob A. Brainard**
Florida Bar No. 0092278
**Neil E. Asnen**
*Specially Admitted
**Klein Moynihan Turco LLP**
450 Seventh Avenue, 40th Floor
New York, New York 10123
Email: jbrainard@kleinmoynihan.com
Email: nasnen@kleinmoynihan.com
*Attorneys for Digital Media Solutions, LLC*