UNITED STATES DISTRICT COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

**Edward Munoz**
    Petitioner,

v.

**Digital Media Solutions, LLC**
    Respondent.
_____/

Case No. 8:21-mc-00089-VMC-AEP

## DECLARATION OF EVAN KING

Evan King, pursuant to the provisions of 28 U.S.C. § 1746, declares:

1. I am over eighteen years old and am otherwise competent to make this Declaration.

2. I am the Compliance Counsel for Digital Media Solutions, LLC.

3. I base this Declaration on my personal knowledge of the facts and circumstances as well as the knowledge gained through my employment with DMS.

4. DMS acquired access to lead data generated by a company operating under the name of Conceptual Media in accordance with a List Management Agreement.

5. DMS neither owns nor operates the websites on which the lead data was generated and subsequently sold by Conceptual Media.

6. The data provided by Conceptual Media to DMS pursuant to the List Management Agreement is not formatted in a way that would permit DMS to properly sort it to exclude: (i) lead entries related to websites which Mr. Munoz did not visit or (ii)

lead entries generated as part of marketing campaigns pursuant to which Mr. Munoz would not have been contacted.

7. Additionally, with respect to the website on which Mr. Munoz's lead information was provided, DMS is without knowledge as to the time period that the website was operative for the marketing campaign pursuant to which Mr. Munoz would have been contacted.

8. To the best of my knowledge, Conceptual Media is in exclusive possession of each the foregoing items of information.

9. DMS has made numerous good faith efforts to informally procure that information from Conceptual Media, but has thus far been unsuccessful in the efforts to obtain it.

10. Without that information, DMS is unable to adequately filter out the voluminous irrelevant data otherwise made available by Conceptual Media.

I swear, under penalty of perjury, that these statements are true.

Executed on July 16, 2021 in Irvington, New York.

_____
EVAN KING

Scanned with CamScanner