UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES

| CASE NO. | 8:21-mc-89-VMC-AEP | DATE: | July 21, 2021 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | | |
| **EDWARDO MUNOZ**<br>            Petitioner,<br>v.<br>**DIGITAL MEDIA SOLUTIONS, LLC.**<br>            Respondent | | **PLAINTIFF'S COUNSEL**<br>Taylor Smith (via zoom)<br><br>**DEFENSE COUNSEL**<br>Neil Asnen (via zoom) | |
| **COURT REPORTER:**  Tracey Aurelio | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME:**   3:00 to 4:15 **TOTAL:**       1.15  min | | **COURTROOM:** | 10A |

**PROCEEDINGS:**    MOTION HEARING (VIA ZOOM)

MOTION to Compel Compliance with Subpoena by Edwardo Munoz. (DKT #1).   Response Dkt #16.

Oral Argument heard.

Motion is granted in part and denied in part.   Order to be entered.

Court schedules a status conference for 8/26 at 10:00 am via zoom.