UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES

| CASE NO. | 8:21-mc-89-VMC-AEP | DATE: | August 26, 2021 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | | |
| **EDWARDO MUNOZ**<br>        Petitioner,<br>v. | | **PLAINTIFF'S COUNSEL**<br>Taylor Smith, Esq. | |
| **DIGITAL MEDIA SOLUTIONS, LLC.**<br>        Respondent | | **DEFENSE COUNSEL**<br>Neil Asnen, Esq. | |
| **COURT REPORTER:** DIGITAL | | **DEPUTY CLERK:** | Kathy Rodriguez/Lynne Vito |
| **TIME:** 10:00 AM to 10:02 AM    **TOTAL:** 2 minutes | | **COURTROOM:** | Zoom video conference |

**PROCEEDINGS:**    VIRTUAL STATUS CONFERENCE

Parties identified for the record.

Parties came to a consensus.

Hearing adjourned.